# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DARRELL JOSEPH

VERSUS

K&K INSURANCE GROUP, INC.,
HOUMAS HOUSE FOUNDATION AND
KEVIN KELLY

NO.  2023 CW 0024

**APRIL 13, 2023**

---

In Re:  K&K Insurance Group, Inc., Houmas House Foundation and Kevin Kelly, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 130,167.

---

**BEFORE:  McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

**WRIT DENIED.**  The denial of this writ application does not preclude the filing of a new motion for summary judgment with sufficient evidence.

**HG**
**GH**

**McClendon, J.,** concurs and would deny the writ on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT